A. Lescouzeve and E. Abry *v.* A. Ducatel, et als.

*The securities of a Notary Public are only liable on his failure to discharge the duties of his office.*
*The law has not made it the official duty of a Notary to receive money to erase mortgages.*

APPEAL from the Sixth District Court of New Orleans, *Leaumont,* J. O. *Morel* and *Durant & Hornor,* for plaintiffs and appellants. *Roselius & Philips,* for defendants.

Hyman, C. J.   Plaintiffs sued A. Ducatel, notary, and the other defendants, the securities on his bond as notary, to recover of them for money deposited by plaintiffs with him, A. Ducatel, to enable him to have erased a certain mortgage on plaintiff's property, which he neglected to do.

The District Judge rendered judgment in favor of plaintiffs against A. Ducatel, and in favor of the other defendants against plaintiffs. Plaintiffs appealed.

The securities of a notary public are only liable on his failure to discharge the duties of his office.

The law has not made it the official duty of a notary to receive money to erase mortgages.

It is decreed that the judgment of the District Court be affirmed.

The costs of appeal to be paid by plaintiffs.